# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| STEPHANIE DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV420-090 |
| | ) | |
| BRITTNEY PASCOE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In its Order granting Defendant leave to file a Second Amended Answer, the Court noted that Defendant's proposed Second Amended Answer, doc. 148-1, included an exhibit cover page and incorporated a prior Answer by reference. Doc. 152 at 2. Accordingly, the Court directed Defendant to revise and file the Second Amended Answer, which was required to "omit the cover page, be a complete, stand-alone pleading, and . . . not incorporate any prior pleadings by reference." *Id*. at 2. Despite that explicit instruction, Defendant filed a Second Amended Answer which continues to incorporate a prior Answer by reference. *See* doc. 153 at 1. Accordingly, Defendant's noncompliant filing at docket

entry 153 is **STRICKEN**. Defendant is **DIRECTED** to file a Second Amended Answer which complies with the Court's instructions in its prior Order, doc. 152, no later than 7 days from the date of entry of this Order.

    **SO ORDERED**, this 11th day of August, 2023.

                                              _____
                                              CHRISTOPHER L. RAY
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA