UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHANIE DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: |
| ) | 4:20-cv-00090-RSB-CLR |
| BRITTNEY PASCOE, ) | |
| ) | |
| Defendant. ) | |

**ANSWER AND DEFENSES OF DEFENDANT BRITTNEY PASCOE**

COMES NOW Brittney Pascoe, Defendant in the above-styled action, and by and through counsel, files her Answer and Defenses to Plaintiffs' Complaint for Damages pursuant to leave of Court as granted and Fed. R. Civ. P. 16(b)(4), expressly subject to all defenses contained herein, showing this Honorable Court as follows:

1.

Admitted.

2.

Defendant denies that she currently resides at the address alleged. However, Defendant admits she is subject to venue and jurisdiction in the United States

M1061490.1 16218

District Court for the Southern District of Georgia. Defendant further admits that service of process was proper.

3.

Defendant admits that venue is proper in the United States District Court for the Southern District of Georgia.

## **COUNT I - NEGLIGENCE**

4.

Defendant Pascoe incorporates all answers and defenses above and below as if fully set forth herein.

5.

Admitted.

6.

In response to ¶ 6, Defendant Pascoe admits that she was driving a 2013 Nissan Murano northbound on Herbed Avenue in Savannah, Georgia which made contact with Plaintiff's vehicle. Defendant Pascoe also admits legal responsibility (duty and breach) for the incident giving rise to this lawsuit, which incident occurred on April 16, 2019. Although Defendant Pascoe admits that she was negligent, she denies that she acted recklessly, carelessly or unlawfully. The issues of causation, proximate cause, and damages are denied and remain disputed by

Defendant Pascoe. All other averments set forth in ¶ 6 not specifically denied are hereby also denied.

7.

Defendant Pascoe admits legal responsibility (duty and breach) for the incident giving rise to this lawsuit, which incident occurred on April 16, 2019. However, the issues of causation, proximate cause, and damages are disputed by Defendant Pascoe. Defendant Pascoe further admits to receiving a citation for failing to yield to which she plead nolo contendere and asserts such a citation is inadmissible. The remaining allegations in ¶ 7 are denied.

8.

In response to ¶ 8, Defendant Pascoe admits to receiving a citation for failing to yield to which she plead nolo contendere and asserts such a citation is inadmissible. For further answer, Defendant Pascoe admits legal responsibility (duty and breach) for the incident giving rise to this lawsuit, which incident occurred on April 16, 2019. The issues of causation, proximate cause, and damages are denied and remain disputed by Defendant Pascoe.

9.

Denied.

The unnumbered "WHEREFORE" paragraph of Plaintiff's Complaint is denied in its entirety as well, including but not limited to subparts, (a) – (g).

**WHEREFORE**, having answered Plaintiff's Complaint, Defendant Brittney Pascoe respectfully requests that this Honorable Court:

(a) Deny the prayers set forth in Plaintiff's Complaint;

(b) Grant Defendant Pascoe a trial by a jury of (12) twelve; and

(c) Grant Defendant Pascoe such other and further relief as this Court deems may be equitable and just.

Respectfully submitted this 15th day of August, 2023.

          MCMICKLE, KUREY & BRANCH, LLP

          */s/ Paschal Glavinos*
          SCOTT W. MCMICKLE
          Georgia Bar No. 497779
          PASCHAL GLAVINOS
          Georgia Bar No. 817127
          *Attorneys for Defendant*

217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
Email:  swm@mkblawfirm.com
Email:  pglavinos@mkblawfirm.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **STEPHANIE DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO:** |
| ) | **4:20-cv-00090-RSB-CLR** |
| **BRITTNEY PASCOE,** ) | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Answer and Defenses of Defendant Brittney Pascoe* upon all parties to this matter via the Court's electronic filing system as follows:

**Seth M. Diamond, Esq.**
**Morgan & Morgan**
**25 Bull Street, Suite 400**
**Savannah, Georgia 31401**
sdiamond@forthepeople.com
*Attorney for Plaintiff*

This 15th day of August, 2023.

*/s/ Paschal Glavinos*
PASCHAL GLAVINOS
For the Firm

M1061490.1 16218

5