IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHANIE DUNN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-90 |
| v. | |
| BRITTNEY PASCOE, | |
| Defendant. | |

**O R D E R**

On December 1, 2023, counsel for Plaintiff and counsel for Defendant advised the Court that the parties have reached a settlement of this matter and are in the process of preparing and finalizing a settlement agreement and a stipulated dismissal.  (Doc. 185.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the

parties fail to file a dismissal (or, if necessary, move to reopen the case)[1] within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 5th day of December, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A trial of this case is currently scheduled to begin on February 6, 2024, with a pretrial conference to be held on January 30, 2024.  Both of these dates fall outside of the 45-day deadline imposed herein for dismissing or reopening the case.  The parties are hereby advised that if the case is not dismissed within forty-five days, the Court may elect to proceed with the pretrial conference and/or trial on these scheduled dates.