IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHANIE DUNN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-90 |
| v. | |
| BRITTNEY PASCOE, | |
| Defendant. | |

**O R D E R**

On December 5, 2023, the Court administratively closed this action as the case had settled. (Doc. 186.) Presently before the Court is a Joint Stipulation and Consent Motion to Dismiss With Prejudice, signed by counsel for Plaintiff and counsel for Defendant, wherein the parties state that they agree and stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees, expenses, and costs. (Doc. 190.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** any pending motions, and **CLOSE** this case.

**SO ORDERED**, this 10th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA